# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Essex Walnut Owner L.P.<br><br>　　　　　　Plaintiff(s)<br><br>v.<br><br>Aspen Specialty Insurance Company<br><br>　　　　　　Defendant(s) | CASE No C 17-cv-06435-EMC<br><br><br>STIPULATION AND [PR~~OPOSED~~]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Private ADR** (*specify process and provider*)
   Mediator to be jointly approved by the parties

> *Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☒ other requested deadline: 120 days or as set by CMO

Date: 1/12/18　　　　　/s/ Brett D. Bissett
　　　　　　　　　　　Attorney for Plaintiff

Date: 1/12/18　　　　　/s/ Tracy S. Ickes
　　　　　　　　　　　Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 1/22/18



IT IS SO ORDERED
Judge Edward M. Chen
U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-2017*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | The undersigned hereby certifies that a true and correct copy of the above and foregoing |
| 3 | document has been served on January 16, 2018 to all counsel of record who are deemed to have |
| 4 | consented to electronic service via the Court's CM/ECF system.  Any other counsel of record will be |
| 5 | served by electronic mail, facsimile, U.S. Mail and/or overnight delivery. |
| 6 | |
| 7 | */s/ Sylvia A. Berson* |
| 8 | Sylvia A. Berson |