UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESSEX WALNUT OWNER L.P., <br> Plaintiff, <br> v. <br> ASPEN SPECIALTY INSURANCE COMPANY, <br> Defendant. | Case No. 17-cv-06435-EMC <br><br> **ORDER RE JOINT DISCOVERY LETTER, FILED ON JUNE 11, 2018** <br><br> Docket No. 22 |

The Court has reviewed the parties' joint discovery letter, filed on June 11, 2018. Having reviewed the letter and attached submissions, the Court hereby orders as follows. Defendant shall produce its standard forms for two years before and two years after the policy at issue.

**IT IS SO ORDERED**.

Dated: June 12, 2018

_____
EDWARD M. CHEN
United States District Judge